Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of finger jointed molding similar in all material respects to that the subject of *Best Moulding Corporation* v. *United States* (*Brown, Alcantar & Brown, Inc., Party in Interest*) (51CCPA 7, C.A.D. 829), the claim of the plaintiff was sustained.

No. 68839.—Brown, Alcantar & Brown, Inc. v. United States, protests 63/4916–S, etc. (El Paso).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of finger jointed molding similar in all material respects to that the subject of *Best Moulding Corporation* v. *United States* (*Brown, Alcantar & Brown, Inc., Party in Interest*) (51 CCPA, 7, C.A.D. 829), the claim of the plaintiff was sustained.

No. 68840.—Marion Shipping Co., Inc., et al. v. United States, protests 64/5515, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of chord organs and parts thereof similar in all material respects to those the subject of *Excelsior Accordions, Inc.* v. *United States* (48 Cust. Ct. 148, C.D. 2328), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 21, 1964

No. 68841.—Zanin & Son, Inc. v. United States, protests 59/20174, etc. (New York).